**Robert S. Thomas, II**
Chapter 13 Trustee
(410) 825-5923

*Address for Correspondence*

300 E. Joppa Road, #409
Towson, MD  21286

*Address for Plan Payments*

P.O. Box 1838
Memphis, TN  38101-1838

January 21, 2020

U.S. Bankruptcy Court
8308 U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201

Dear Processor:

Enclosed is ~~[redacted]~~ check #0248763, in the amount of $2,787.60 to be deposited into Unclaimed Funds for the cases listed on the attached Exhibit A.

If you have any questions, please call our office.

Sincerely,

Robert S. Thomas, Trustee

Att.

*Fax ~ 410-825-5904*
*inquiries@ch13balt.com*

| | | | |
|---|---|---|---|
| 18-22895 Preston | Marion Y. Preston 9327 Daly Court Laurel, MD 20723 | | $2,787.60 |

Exhibit A